IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: PJM 04 CV 686 |
| KEYNETICS INC., *et al.*, | |
| Defendants. | |

MAR 0 2 2004

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant hereby gives notice of removal of the above-captioned action from the Maryland State Circuit Court for Montgomery County, Civil No. 248426-V, to the United States District Court for the District of Maryland, Southern Division. Defendant received Plaintiff's initial pleading on February 9, 2004, by certified mail, and thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b). The District Court has original jurisdiction over this case based on 28 U.S.C. § 1332 where there is complete diversity of the parties and the amount in controversy is greater than $75,000, and since the Defendant is not a citizen of Maryland, removal is proper under 28 U.S.C. 1441(a). See Gardner v. AMF Bowling Center, 271 F. Supp. 732 (D.Md. 2003). In accordance with 28 U.S.C. § 1446 and this Court's local rule 103(5), all process, pleadings, papers and orders received by Defendant are submitted with this notice.

1

Respectfully submitted,

*[signature]*

Susan L. Schor
D.Md. Bar No. 22499
McManus, Schor, Asmar & Darden, L.L.P.
1301 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260

Richard W. Goeken
Saltman & Stevens, P.C.
Suite M-110
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Rita V. Latsinova
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101
(206) 386-7613

Dated: March 8, 2004                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that on this 8th day of March 2004, I have caused to be served via first class mail, postage prepaid, a copy of the foregoing **NOTICE OF REMOVAL** on Stephen H. Ring, 316 East Diamond Avenue, Suite 102, Gaithersburg, MD 20877.

Michael J. Wade