**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                          **GREENBELT, MARYLAND   20770**
                                                                            **301-344-0632**

### M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Peter J. Messitte

RE:          Beyond Systems, Inc. v. Keynetics, Inc. et al.
               Civil Case No. PJM 04-686

DATE:      June 23, 2006

                                          ******

This Memorandum confirms the decisions made during yesterday's telephone conference.

A Magistrate Judge will be appointed to handle any future discovery disputes that may arise during the jurisdictional discovery period.

Jurisdictional discovery shall be completed by Friday, October 20, 2006.  Any disputes arising with respect to said discovery shall be incorporated in formal written pleadings and shall be filed promptly for review by the Magistrate Judge.

Defendants may file further motions to dismiss on the basis of jurisdiction by no later than Monday, November 30, 2006.  Responses and replies to the motions shall be filed in the ordinary course.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                    _____/s/_____
                                                    PETER J. MESSITTE
                                                    UNITED STATES DISTRICT JUDGE