**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.**, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. PJM 04-686 |
| | * | |
| **KEYNETICS, INC., et al.**, | * | |
| | * | |
| Defendants | * | |

## ORDER

The Court having considered Keynetics Inc.'s Motion for Other Relief Under Fed. R. Civ. Pro. 7 [Paper No. 268] and also Keynetics Inc.'s Second Renewed Motion to Dismiss for Lack of Personal Jurisdiction [Paper No. 220], it is, for the reasons stated on the record in open court, this 26th day of March, 2007,

ORDERED:

1. Keynetics Inc.'s Motion for Other Relief Under Fed. R. Civ. Pro. 7 [Paper No. 268] is **DENIED**;

2. Keynetics Inc.'s Second Renewed Motion to Dismiss for Lack of Personal Jurisdiction [Paper No. 220] is **DENIED**; and

3. The parties **SHALL** submit to the Court a joint proposed scheduling order by not later than **April 16, 2007**.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**