# DELL  *QUOTATION*

**QUOTE #: 362749152**

**Customer #: 82654696**

**Quote Date: 5/4/07**

Date: 5/7/07 3:00:14 PM          **Customer Name: CASTALLION VENTURES**

| TOTAL QUOTE AMOUNT: | $2,916.02 | | |
|---|---|---|---|
| Product Subtotal: | $2,757.47 | | |
| Tax: | $158.55 | | |
| Shipping & Handling: | $0.00 | | |
| Shipping Method: | Ground | Total Number of System Groups: | 1 |

| GROUP: 1 | QUANTITY: 1 | SYSTEM PRICE: $2,757.47 | GROUP TOTAL: $2,757.47 |
|---|---|---|---|
| Base Unit: | | Dell Precision 690 Mini-Tower Dual Core Xeon Proc 5140 2.33GHz, 4MB L2 Cache, 1333MHz (222-3762) | |
| Memory: | | 2GB, DDR2 ECC SDRAM Memory 667MHz, 2X1GB in Riser, Dell Precision 690, Factory Install (311-6354) | |
| Keyboard: | | Entry Level, USB, No Hot Keys keyboards, Dell PrecisionWorkstations (310-7949) | |
| Monitor: | | Monitor Option-None (320-3316) | |
| Video Card: | | nVidia,Quadro FX 550,128MB dual VGA or dual DVI or DVI+VGcapable graphics card, Dell Precision 690 1KW (320-4834) | |
| Hard Drive: | | 750GB SATA 3.0Gb/s, 7200RPM HardDrive with 16MB DataBurst Cache, Dell Precision 690 (341-3862) | |
| Hard Drive Controller: | | C5- All SATA Hard Drives RAID 1 for 2 Hard Drives Dell Precision 690 (341-3383) | |
| Floppy Disk Drive: | | 3.5inch,1.44MB,Floppy Drive Dell Precision 490/690 Factory Install (341-3690) | |
| Operating System: | | WINDOWS XP PRO SP2 with Windows Vista Business LicenseDell Precision,English, Factory Install (420-6978) | |
| Mouse: | | Dell USB 2-Button Optical Mouse with Scroll for Dell Precision (310-7958) | |
| CD-ROM or DVD-ROM Drive: | | 16XDVD AND 16XDVD+/-RW w/Cyberlink Power DVD,Roxio Digital Creator Dell Edition Dell Precision X90 (313-4285) | |
| Sound Card: | | Sound Blaster X-Fi XtremeMusic(D), w/Dolby Digital 5.1, DellPrecision 690 (313-4148) | |
| Speakers: | | No Speaker option (313-2663) | |
| Documentation Diskette: | | No Resource CD for Dell Optiplex,Precision and Latitude Systems (313-3673) | |
| Additional Storage Products: | | 750GB SATA 3.0Gb/s, 7200RPM Additional HardDrive w/16MB DataBurst Cache,Dell Precision690 (341-3852) | |
| Controller Option: | | SATA/SAS integrated controllerfor Connecting Internal Hard Drives, Dell Precision 690 (341-3435) | |
| Factory Installed Software: | | McAfee Security 8,English,30 Day Trial,Dell OptiPlex Precision and Latitude (410-0885) | |
| Service: | | Dell Hardware Warranty Plus Onsite Service, Initial Year (984-2827) | |
| Service: | | Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year (970-6460) | |

| | |
|---|---|
| **Service:** | **Dell Hardware Warranty Plus Onsite Service, Extended Year (984-2828)** |
| **Service:** | **Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended (970-0892)** |
| **Service:** | **Thank you for choosing a Limited Warranty and Service Contract (986-4419)** |
| **Installation:** | **Standard On-Site Installation Declined (900-9987)** |
| | **System not eligible for hardware mail-in rebate (464-5004)** |
| | **Thank you for choosing Dell (465-4073)** |
| | **Vista Premium Downgrade Relationship Desktop (310-9161)** |
| | **Purchase is NOT intended for resell (462-4506)** |
| | |

| **COMMENTS** |
|---|
| |
| **-DISCOUNT/COUPON APPLIED** |
| **-DISCOUNT: SPECIAL OFFER** |
| |

| | | | |
|---|---|---|---|
| **SALES REP:** | Ryan Walters | **PHONE:** | 7134079 |
| **Email Address:** | Ryan_Walters@dell.com | **Phone Ext:** | 7134079 |

**For your convenience, your sales representative, quote number and customer number have been included to provide you with faster service when you are ready to place your order. You may also place your order online at [www.dell.com/quote](www.dell.com/quote)**

**This quote is subject to the terms of the agreement signed by you and Dell, or absent such agreement, is subject to the applicable Dell terms and conditions agreement.**

**Prices and tax rates are valid in the U.S. only and are subject to change.**
**Sales/use tax is a destination charge, i.e. based on the "ship to" address on your purchase order.**
**Please indicate your taxability status on your PO. If exempt, please fax exemption certificate to**
**Dell Tax Department at 512-283-9273, referencing your customer number.**
**If you have any questions regarding tax please call 800-433-9019 or email Tax_Department@dell.com.**

**All product and pricing information is based on latest information available. Subject to change without notice or obligation.**

**LCD panels in Dell products contain mercury, please dispose properly. Please contact Dell's Asset Recovery Services group for EPA compliant disposal options at US_Dell_ARS_Requests@dell.com. Minimum quantities may apply.**